**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

TATYANA LEVINA,
        *Plaintiff-Appellant,*

v.

SAN LUIS COASTAL UNIFIED SCHOOL
DISTRICT,
        *Defendant-Appellee.*

No. 06-55179

D.C. No.
CV-05-06586-JFW
Central District of
California,
Los Angeles

ORDER

Filed April 23, 2008

Before: Diarmuid F. O'Scannlain and Milan D. Smith, Jr.,
Circuit Judges, and Michael W. Mosman,* District Judge.

## ORDER

The petition for rehearing is GRANTED. The opinion filed on December 28, 2007, is withdrawn. A superseding memorandum disposition will be filed concurrently with this order. Further petitions for rehearing or rehearing en banc may be filed.

---

*The Honorable Michael W. Mosman, United States District Judge for the District of Oregon, sitting by designation.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO
───────────

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.